# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00678-CV

### Rhett Webster Pease, Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE DISTRICT COURT OF LEE COUNTY, 21ST JUDICIAL DISTRICT
### NO. 14342, HONORABLE JOHN M. DELANEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellee, the Texas Department of Family and Protective Services, has filed a Motion to Dismiss for Mootness based upon the death of appellant, Rhett Webster Pease. The judgment appealed terminated appellant's parental rights to a child. At the time of the trial court's judgment there were no intervenors at the trial level and none have asserted a right to appeal in this case. The trial court's judgment expressly did not affect the child's right to inherit. Because no other legal interests have been asserted or are apparent, we grant the motion and dismiss this appeal as moot.

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed as Moot

Filed:   July 24, 2013